■ In the Matter of CAROL DAVIS, Appellant, v. WALTER DAVIS, Respondent.— On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated

November 13, 1961, requiring her to perfect her appeal for the February 1962 Term. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.